**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Terry Lee Lacy,            )<br>                                         )<br>            Plaintiff,           )<br>                                         )<br>vs.                                    )<br>                                         )<br>Tara L. Diaz, et al.,         )<br>                                         )<br>            Defendants.      )<br>_____) | No. CV 06-1976-PHX-SMM (VAM)<br><br>**ORDER** |

Plaintiff's "Motion for Court Order, Ordering A.D.O.C. and Contracted Paralegal to Stop Hindering Petitioner" (Doc. #16) is now ready for the Court's consideration.

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge for Plaintiff's "Motion for Court Order, Ordering A.D.O.C. and Contracted Paralegal to Stop Hindering Petitioner" (Doc. #16). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 6th day of February, 2007.

Stephen M. McNamee
United States District Judge