**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry Lee Lacy,<br><br>          Petitioner,<br><br>vs.<br><br>Tara L. Diaz, et. al.,<br><br>          Respondents. | No. CIV 06-1976-PHX-SMM<br><br>**MEMORANDUM OF DECISION AND ORDER** |

Pending before the Court is Petitioner's <u>pro</u> <u>se</u> Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (the "Petition").  The matter was referred to Magistrate Judge Michelle H. Burns for a Report and Recommendation.  On September 18, 2007, the Magistrate Judge filed a Report and Recommendation with this Court  (Doc. 24).  On September 25, 2007, Petitioner filed his Objection (Doc. 25) to the Report and Recommendation.  After considering Judge Burns's Report and Recommendation and the arguments raised in Petitioner's Objections thereto, the Court now issues the following ruling.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court "must make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate."  28 U.S.C. § 636(b)(1)(C); <u>see</u> <u>also</u> <u>Baxter v. Sullivan</u>, 923 F.2d

1  1391, 1394 (9th Cir. 1991) (citing <u>Britt v. Simi Valley Unified Sch. Dist.</u>, 708 F.2d 452, 454

2  (9th Cir. 1983)).

3  **DISCUSSION**[1]

4      In their Answer, Respondents contend that the claims presented in Petitioner's habeas

5  petition are procedurally defaulted.   Respondents argue that because Petitioner cannot

6  establish the requisite objective cause and prejudice, he is not entitled to federal habeas

7  review of these procedurally defaulted claims.  After conducting a thorough legal analysis,

8  the Magistrate Judge reached the same conclusion.  Having reviewed the legal conclusions

9  of the Report and Recommendation of the Magistrate Judge, and the objections having been

10 made by Petitioner thereto, the Court finds that the Magistrate Judge adequately addressed

11 all of Petitioner's arguments.   Therefore,  the Court hereby incorporates and adopts the

12 Magistrate Judge's Report and Recommendation.

13 **CONCLUSION**

14     For the reasons set forth above,

15     **IT IS HEREBY ORDERED** that the Court adopts the Report and  Recommendation

16 of Magistrate Judge Michelle H. Burns (Doc. 24).

17     **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus

18 (Doc. 1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

19     DATED this 9th day of October, 2007.

20

21

22 Stephen M. McNamee
   United States District Judge

23

24

25

26     [1]The detailed procedural history of this case is set forth in Respondents' Answer

27 to the Petition (Doc. 12) and the Magistrate Judge's Report and Recommendation (Doc. 24).

28 - 2 -